# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JASON MITCHELL, ET AL.

VERSUS

SOUTHERN FIDELITY INSURANCE COMPANY

CIVIL ACTION

21-675-SDD-RLB

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated August 1, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion for Leave to File Amended Complaint and for Issuance of New Scheduling Order*[3] is GRANTED to the extent it seeks leave to amend to join the Louisiana Insurance Guaranty Association as an additional defendant.

**IT IS ORDERED** that the Clerk's Office shall file Plaintiff's Second Amended Petition for Damages and For Bad Faith Penalties, Attorney's Fees and Judicial Interest[4] into the record.

---

[1] Rec. Doc. 22.
[2] Rec. Doc. 24.
[3] Rec. Doc. 22.
[4] Rec. Doc. 22-1.

**IT IS FURTHER ORDERED** that this action is REMANDED to the 19th Judicial District Court for lack of subject matter jurisdiction in light of the addition of the non-diverse defendant Louisiana Insurance Guaranty Association.

Signed in Baton Rouge, Louisiana, on this 30 day of August, 2023.

*Shelly D. Dick*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA